UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CARPENTERS PENSION FUND OF ILLINOIS, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>CHERRY BEKAERT LLP,<br><br>    Defendant. | CIVIL ACTION NO.<br><br>1:19-CV-01022-JPB |

## ORDER

The parties in this case filed a Joint Notice of Consolidation on September 17, 2019. Because this case is related to Civil Action No. 1:18-cv-00830-WMR, the Clerk is DIRECTED to reassign this case to the Honorable William M. Ray, II in accordance with Internal Operating Procedure 905-2(a)(2). The next case to be assigned to Judge Ray shall be assigned to the undersigned as a result of this change.

**SO ORDERED** this 18th day of September, 2019.

J. P. BOULEE
United States District Judge